**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6587**

---

ANTONIO VERMONT SAMS,

                                    Petitioner - Appellant,

        versus

STEVEN J. GAL, Warden,

                                    Respondent - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-01-432-9-18RB)

---

Submitted:  June 21, 2001              Decided:  July 5, 2001

---

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Antonio Vermont Sams, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Antonio Vermont Sams appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court, to the extent it found that, even if Sams' claims were not procedurally barred, they were without merit. See Sams v. Gal, No. CA-01-432-9-18RB (D.S.C. Mar. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2